UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CATHRINA ELLIS, ET AL

VERSUS

ETHICON, INC., ET AL

CIVIL ACTION

NO. 09-949-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 19, 2010 (doc. no. 15). The plaintiffs filed an objection which merely restates their prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Remand filed by plaintiffs Cathrina Ellis, individually and on behalf of her minor children, McKenzy Ellis and Taelor Ellis is DENIED.

Baton Rouge, Louisiana, this _____ day of March, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA